# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERIE LEHENKY<br>    *Plaintiff*, | : | |
| v. | : | NO. 20-4573 |
| TOSHIBA AMERICA ENERGY<br>SYSTEMS CORPORATION<br>    *Defendant*. | : | |

## ORDER

AND NOW, this 22nd day of February 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 5) and Plaintiff's Response thereto (ECF No. 6), it is hereby ORDERED that said Motion is GRANTED and Plaintiff's Complaint is DISMISSED in accordance with this Court's accompanying Memorandum.

It is further ORDERED that the Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II    J.