UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHERIE LEHENKY,** :
:
    Plaintiff : CIVIL ACTION
:
: NO. 20-04573-CDJ
:
    v. :
:
**TOSHIBA AMERICA ENERGY** :
**SYSTEMS CORPORATION,** :
:
    Defendant :

## NOTICE OF APPEAL

TO THE CLERK:

Notice is hereby given that Cherie Lehenky, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final order granting the defendant's motion to dismiss of February 22, 2022.

                                                William T. Wilson
                                               Attorney for Plaintiff
                                               PA Attorney ID No: 41793
                                               20 West Miner Street
                                               West Chester, PA  19382
                                               (484) 605-1146
                                               Email: bill@wtwilsonlaw.com

Date:   March 14, 2022

## **CERTIFICATE OF SERVICE**

The foregoing original document has been filed using the ECF Filing System, and therefore shall be automatically sent to all parties entitled to service under the Federal Rules of Civil Procedure.

                                              /s/ William T. Wilson  
                                              William T. Wilson  
                                              Attorney ID#:  41793  
                                              Attorney for Plaintiff  
                                              20 West Miner Street  
                                              West Chester, PA  19382

Date:   March 14, 2022